Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Lisa Daisy Saraspi | Case No.: 16–41875 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 8/22/16 dismissing the above–captioned case.

Dated: 8/22/16          For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 14